**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICKY GONZALES,

        Plaintiff,

   v.

CALIFORNIA DEPARTMENT OF CORRECTIONS; et al.,

        Defendants.

                                   /

No. C 10-1317 SI (pr)

**JUDGMENT**

This action is dismissed with prejudice.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 22, 2011

                                            _____
                                            SUSAN ILLSTON
                                          United States District Judge