UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY GONZALES, | No. C 10-1317 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS; et al., | |
| Defendants. | |

An appeal has been taken in this action and the court of appeal has issued a referral notice asking this court to determine whether in forma pauperis status may continue on appeal. Upon due consideration, the court determines that plaintiff's in forma pauperis status may continue on appeal.

IT IS SO ORDERED.

Dated: April 15, 2011

_____
SUSAN ILLSTON
United States District Judge