**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY GONZALES, | No. C 10-1317 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS; et al., | |
| Defendants. / | |

This action is dismissed.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 11, 2014

_____
SUSAN ILLSTON
United States District Judge