IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICKY GONZALES,

    Plaintiff,

  v.

EDMUND G. BROWN et al.,

    Defendants.
_____/

No. C 10-cv-01317 CW

ORDER ON STATUS OF ASHKER SETTLEMENT AGREEMENT

    Plaintiff, Ricky Gonzales, requests that the Court refer his case to a settlement conference or issue a briefing schedule (Docket No. 66).  Although the Court has granted preliminary approval of a settlement agreement in Ashker v. Brown, No. 09-5796-CW, Docket No. 445, a final fairness hearing is scheduled for January 26, 2016.  After the Court decides the parties' motion for final approval of the Ashker settlement agreement, the Court either will refer Mr. Gonzales's case to a settlement conference or enter a scheduling order.

    IT IS SO ORDERED.

Dated: November 24, 2015

CLAUDIA WILKEN
United States District Judge