IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICKY GONZALES,

       Plaintiff,

   v.

EDMUND G. BROWN et al.,

       Defendants.

_____/

No. C 10-cv-01317 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

     Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that the above-captioned case is referred to Magistrate Judge Nandor Vadas for settlement proceedings pursuant to the Pro Se Prisoner Settlement Program.  The proceedings shall take place within ninety (90) days after the date of this Order.  Magistrate Judge Vadas shall coordinate a time and date for a settlement proceeding with all interested parties and/or their representatives and, within ten (10) days after the conclusion of the settlement proceedings, file with the Court a report regarding the prisoner settlement proceedings.

     IT IS SO ORDERED.

Dated: February 2, 2016

_____
CLAUDIA WILKEN
United States District Judge

cc:  MagRef; M/J Vadas