1  KAMALA D. HARRIS
   Attorney General of California
2  JAY C. RUSSELL
   Supervising Deputy Attorney General
3  PREETI K. BAJWA
   Deputy Attorney General
4  State Bar No. 232484
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA 94102-7004
    Telephone: (415) 703-1621
6   Facsimile: (415) 703-5843
    E-mail: Preeti.Bajwa@doj.ca.gov
7  *Attorneys for Defendants Brown, Dangerfield
   And Ducart*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| RICKY GONZALES,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | Case No. 10-cv-01317-CW<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>(Fed. R. Civ. P. 41(a)(1)(A)(ii))<br>**AND ORDER** |

Plaintiff Ricky Gonzales and Defendants have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

///

///

///

1

It is so stipulated.

Dated: 5/4/2016

_____
Plaintiff Ricky Gonzales

Dated: 5/6/16.

_____
Preeti K. Bajwa
Deputy Attorney General
California Attorney General's Office
Attorneys for Defendants Brown

SF2014410379
20845813.doc

5/9/16

*IT IS SO ORDERED*
Judge Claudia Wilken

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (10-cv-01317-CW)